Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Third Party Defendant,
Zucker, Goldberg & Ackerman, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-WFI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLENE E. COTHRAN, his/her heirs, devisees, and personal representatives, and his, her, their or any of their successors in right, title and interest; MR. COTHRAN, Husband of Charlene E. Cothran; and WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant(s). | Civil Action No.<br><br><br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| CHARLENE E. COTHRAN,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA and ZUCKER, GOLDBERG & ACKERMAN, LLC,<br><br>　　　　Third Party Defendants. | |

2637664-01

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Zucker, Goldberg & Ackerman, LLC ("ZGA"), hereby certifies that ZGA does not have a parent corporation, and no other publicly traded corporation owns 10% or more of its stock.

        **CONNELL FOLEY, LLP**
        Attorneys for Third Party Defendant,
        Zucker, Goldberg & Ackerman, LLC


        By: */s/ Andrew C. Sayles*
        Andrew C. Sayles, Esq.

Dated:  January 13, 2012

2637664-01